DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERIK JERMAINE WEST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2406

[April 9, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles Schwab, Judge; L.T. Case No. 2018CF001622A.

Antony P. Ryan, Director, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***